IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE STRAWDER, JR.,

    Plaintiff,

v.                                  CASE NO. 1:10-cv-00068-MP-GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The plaintiff filed objections, Doc. 24, as amended by Doc. 25, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made, pursuant to 28 U.S.C. § 636(b)(1)(C).

Upon consideration, the Court agrees that substantial evidence supports the conclusion that plaintiff does not exhibit any sort of additional physical or mental impairment which would impose an additional and significant work-related limitation of function or any shortcomings in adaptive functioning which are necessary to meet the requirements for Listing 12.05C. A further IQ test would not have made a difference because Plaintiff did not satisfy the other criteria of Listing 12.05C. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this *21st* day of October, 2011

                            *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge